AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Landon Bryce Mitchell<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00630
Assigned to: Judge Meriweather, Robin M.
Assign Date: 10/19/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Landon Bryce Mitchell                    ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(A) -Entering and Remaining on the Floor of Either House of Congress;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2021.10.19
17:44:22 -04'00'

Date:      10/19/2021                                        _____
                                                                  *Issuing officer's signature*

City and state:           Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                  *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 10/19/2021 , and the person was arrested on *(date)* 10/20/2021<br>at *(city and state)* Arlington, VA .<br><br>Date: 10/20/2021                    _____<br>                                              *Arresting officer's signature*<br><br>                                   John King, Special Agent<br>                                        *Printed name and title* |