UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-630-RMM |
| : | |
| LANDON BRYCE MITCHELL, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the Government's Unopposed Motion to Toll and to Exclude Time Under the Speedy Trial Act, it is this  29  day of October, 2021 hereby

**ORDERED**, that the Motion to Toll Time is **GRANTED** and the time from October 20, 2021, through December 21, 2021, will be excluded from the time within which defendant Landon Bryce Mitchell must be charged by information or indictment pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to 18 U.S.C. § 3161(h)(7).   The exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Mitchell in a speedy trial.

**SO ORDERED**

 October 29, 2021
DATE

**UNITED STATES MAGISTRATE JUDGE**